■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH GARCIA, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on September 28, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SMITH, True Name LARRY CARPENTER, Appellant. — Judgment, Supreme Court, Bronx County (Grey, J.), rendered on December 15, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Carro, Silverman and Asch, JJ.